UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13623
   GREGORY M PEREZ
   DIANE M PEREZ                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-5833    SSN XXX-XX-1412

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/30/07 and confirmed on 09/21/07.

   2.  The case was dismissed after confirmation, 04/18/2008.

   3.  The Debtor paid a total of $  3750.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | 2300.00 | .00 | 601.22 |
| ILL DEPT OF EMPLOYMENT S | PRIORITY | NOT FILED | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | 1220.00 | .00 | 61.68 |
| ACTIVITY COLLECTION SVC | UNSECURED | 940.00 | .00 | 47.53 |
| CAPITAL ONE BANK | UNSECURED | 1056.59 | .00 | 53.42 |
| RMI/MCSI | UNSECURED | 270.00 | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| LOU HARRIS & CO | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | 2645.78 | .00 | 133.77 |
| SPRINT NEXTEL | UNSECURED | 155.58 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SPRINT NEXTEL | UNSECURED | 92.17 | .00 | .00 |
| NICOR GAS | UNSECURED | 1347.28 | .00 | 68.12 |
| AFNI/ VERIZON WIRELESS | UNSECURED | 1667.52 | .00 | 84.31 |

              Summary of disbursements:

--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

--------------------------------------------------------------------------------

```
TOTAL CLMS ALLOWED      2300.00        .00     9394.92        .00    11694.92
PRINCIPAL PAID           601.22        .00      448.83        .00     1050.05
INTEREST PAID              .00        .00         .00        .00         .00
TOTAL PAID               601.22        .00      448.83        .00     1050.05
```

The Debtor's attorney, FOX VALLEY LEGAL GROUP            , was allowed $   3500.00
and was paid $    1000.00   direct and $    2500.00   through the plan.

The Trustee received $     199.95 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/16/08              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE